Local Form 4A                                                                                                    December 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

In re:                                                    )    Case No.  18-10022
CHARLES A. SCOTT                                          )
SS# XXX-XX-9259                                           )
ANNIE B. SCOTT                                            )    Chapter 13
SS# XXX-XX-4763                                           )
                                                          )
                        Debtor(s)                         )

### AMENDMENT TO CHAPTER 13 PLAN
### AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN
### FOR CASES FILED ON OR AFTER DECEMBER 1, 2017

Check if applicable to this plan amendment:

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2) | ☐ Included | ☒ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4) | ☐ Included | ☒ Not Included |
| 1.3 | Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5) | ☐ Included | ☒ Not Included |
| 1.4 | Request for assumption of executory contracts and/or unexpired leases (Part 6) | ☐ Included | ☒ Not Included |
| 1.5 | Nonstandard provisions | Included | x Not Included |

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

The Debtor will make one payment of $1,200.00, and pay $1,315.00 per month thereafter until unsecured creditors have been paid not less than 10% of allowed claims.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the Debtor's proposed Plan as amended, or if you want the Court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Statesville Division:**
Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**

<u>Physical & Mailing Address</u>: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in this Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated: 3\9\18

/s/ Charles A. Scott
Debtor's signature

Dated: 3\9\18

/s/ Annie B. Scott
Debtor's signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document as well as the Chapter 13 Trustee.

Dated 3\9\18

_____
Attorney for the Debtor

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Amendment to Chapter 13 Plan Summary on all parties listed on the attached matrix by depositing same with the United States Postal Service in a properly addressed envelope with adequate postage thereon and/or by *electronic means this ____ day of March, 2018:

_____
EDWARD C. HAY, JR.

2

```
Label Matrix for local noticing         CONSUMER PORTFOLIO SERVICES, INC.      Chrysler Capital
0419-1                                   PO BOX 57071                           PO Box 660335
Case 18-10022                            IRVINE, CA 92619-7071                  Dallas, TX 75266-0335
Western District of North Carolina
Asheville
Thu Mar  8 17:10:27 EST 2018

Chrysler Capital                         Consumer Portfolio Service             DLP Haywood Regional Center
PO Box 961275                            P. O. Box 98768                        P.O. Box 603333
Fort Worth, TX 76161-0275                Phoenix, AZ 85038-0768                 Charlotte, NC 28260-3333


Dish Network                             Ditech Financial                       Edward C. Hay, Jr.
P.O. Box 94063                           P. O. Box 6172                         14 Clayton St.
Palatine, IL 60094-4063                  Rapid City, SD 57709-6172              Asheville, NC 28801-2424


Equifax Information Service LLC          David G. Gray                          Harley Davidson Finance
P. O. Box 4472                           81 Central Avenue                      P. O. Box 9012
Atlanta, GA 30302-4472                   Asheville, NC 28801-2521               Temecula, CA 92589-9012


Harley-Davidson Credit Corp.             Harley-Davidson Credit Corporation     Edward C. Hay Jr.
PO Box 9013                              PO Box 829009                          PITTS, HAY & HUGENSCHMIDT, P.A.
Addison, Texas 75001-9013                Dallas, TX 75382-9009                  14 Clayton Street
                                                                                Asheville, NC 28801-2424


Haywood County Tax Collector             Internal Revenue Service               Internal Revenue Service
215 N. Main St.                          P.O. Box 7317                          PO Box 7346
Waynesville, NC 28786-3899               Philadelphia, PA 19101-7317            Philadelphia, PA 19101-7346


Christine M. Lamb                        Mission Hospital                       Mountaineer Oxygen
Henderson, Nystrom, Fletcher & Tydings,  DLP Haywood Regional                   42 Branner Ave.
PO BOX 2188                              P. O. Box 603333                       Waynesville, NC 28786-3292
Davidson, NC 28036-2188                  Charlotte, NC 28260-3333


NC Department of Revenue                 North Carolina Department of Revenue   One Main Financial
Bankruptcy Unit                          Bankruptcy Unit                        601 NW 2nd St.
PO Box 1168                              P.O. Box 1168                          Evansville, IN 47708-1013
Raleigh, NC 27602-1168                   Raleigh, NC 27602-1168


OneMain                                  OneMain Financial                      Park Ridge Hospital
PO Box 3251                              PO BOX 3251                            PO Box 602145
Evansville, IN 47731-3251                EVANSVILLE, IN 47731-3251              Charlotte, NC 28260-2145


Annie B. Scott                           Charles A. Scott                       Synchrony Bank
99 Sunny Acres Dr.                       99 Sunny Acres Dr.                     c/o PRA Receivables Management, LLC
Canton, NC 28716-8759                    Canton, NC 28716-8759                  PO Box 41021
                                                                                Norfolk, VA 23541-1021
```

Thomas L. Morton DDS, PA
24 Deaverview Road
Asheville, NC 28806-1706

Tom Bommer
176 Carver Mountain Valley Rd.
Sylva, NC 28779-8561

TransUnion
P. O. Box 2000
Crum Lynne, PA 19022-2000


United States Attorney
Federal Courthouse Rm. 233
100 Otis Street
Asheville, NC 28801-2608

Verizon
PO Box 660108
Dallas, TX 75266-0108

Joseph J. Vonnegut
Hutchens, Senter, Kellam and Pettit, P.A
PO Box 2505
Fayetteville, NC 28302-2505


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients   35
Bypassed recipients    1
Total                 36